UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY ODEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:17-CV-2794-G (BT) |
| INFOSYS LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Rebecca Rutherford dated August 31, 2018. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that plaintiff Tracy Oden's Amended Expedited Motion Requesting Court to rule on the Validity of an Arbitration Agreement and to Stay Arbitration (docket entry 20) is **DENIED**.

It is further **ORDERED** that defendant Infosys Limited's Motion to Dismiss and Compel Arbitration (docket entry 14) is **GRANTED**. The court **DISMISSES** with prejudice all of plaintiff Tracy Oden's claims against defendant Infosys Limited.

    **SO ORDERED**.

September 25, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**